UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amabiblia L.,

        Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office U.S. Immigration and Customs Enforcement*,

        Respondents.

File No. 26-cv-1324 (ECT/DLM)

**ORDER**

Petitioner Amabiblia L. is a citizen of Guatemala who was detained by Immigration and Customs Enforcement ("ICE") on February 9, 2026. Pet. [ECF No. 1] ¶ 12, 15. Amabiblia filed a Verified Petition for Writ of Habeas Corpus on February 11, 2026, seeking release, or in the alternative, a bond hearing. *See* Pet. At the time Amabiblia's Petition was filed, she was detained at "Ero El Paso Camp East Montana" in El Paso, Texas. *See* Pet. ¶ 1; *see also ERO El Paso Camp East Montana*, U.S. Immigr. & Customs Enf't, https://www.ice.gov/detain/detention-facilities/camp-east-montana (last visited Feb. 13, 2026).[1]

---

[1] On February 13, 2026, Amabiblia's counsel filed a supplement, explaining that on February 13, 2026, around noon, Amabiblia's sister received a text message from someone purporting to be Amabiblia, who stated that "[Amabiblia] had been deported to Guatemala." ECF No. 7 at 1. Counsel's efforts to determine Amabiblia's present location have been unsuccessful. *See id.* at 1.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7. This exception does not apply here. It is undisputed that Amabiblia was detained in Texas at the time she filed her Petition. *See* Pet. ¶ 1; *see also* ECF No. 7 at 3 (stating Amabiblia was "in ICE custody in ERO EL PASO CAMP EAST MONTANA" on February 10, 2026). Accordingly, the Court lacks jurisdiction over Amabiblia's Petition, and the Petition will be dismissed without prejudice to its re-filing in Amabiblia's current district of confinement. *See* ECF No. 7 at 11 (stating that "[i]f the Court declines [to exercise jurisdiction], [Amabiblia] respectfully requests that this case be dismissed without prejudice for re-filing in the current district of confinement").

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Petitioner Amabiblia L.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 13, 2026                s/ Eric C. Tostrud
                                         Eric C. Tostrud
                                         United States District Court