# UNITED STATES DISTRICT COURT

## District of Minnesota

Amabiblia Azucena Mazariegos Lopez,

Plaintiff,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv1324 ECT/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Amabiblia L.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE.**

Date: 2/14/26

KATE M. FOGARTY, CLERK